IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00056-MR-WCM

| | |
|---|---|
| AMR S. ELAGUIZY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EVERGREEN PACKAGING, LLC ) <br> *A Tennessee Limited Liability Company* ) <br> ) <br> Defendants. ) <br> ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Julie K. Adams. The Motion indicates that Ms. Adams, a member in good standing of the Bar of this Court, is local counsel for Defendant Evergreen Packaging, LLC and that she seeks the admission of Russell W. Jackson, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Russell W. Jackson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 25, 2021

W. Carleton Metcalf
United States Magistrate Judge